UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Salazar, | Case No.: 2:13-cv-00487-SRB |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Bursey & Associates, P.C.; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the Stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice and each side to bear its own attorneys' fees and costs.

Dated this 1st day of October, 2013.

_____
Susan R. Bolton
United States District Judge